# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**EVELIA GARCIA**                                                                                  **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:04cv822-LG-RHW**

**KENNY HURT, ET AL.**                                               **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Robert H. Walker [16-1] entered in this cause on September 29, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed pursuant to FED. R. CIV. P. 41(b) and FED. R. CIV. P. 4(m).   Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 18th day of October, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE